

April 30, 2007

Fogle and Associates, LLC
401 Smith Drive, Suite 201
Cranberry Township, PA 16066-4132

RE: Maric College – San Diego, CA; Maric College – North County; CA, Long Technical College – Phoenix, AZ; Maric College – Stockton, CA; Maric College – Salida, CA; Bauder College – Atlanta, GA; Maric College – North Hollywood, CA; ICM School of Business & Medical Careers – Pittsburgh, PA; Ohio Institute of Photography & Technology – Dayton, OH; Maric College – Sacramento, CA; San Antonio College of Medical and Dental Assistants – San Antonio, TX; Career Centers of Texas – El Paso, TX; Hagerstown Business College – Hagerstown, MD; CHI Institute – Broomall, PA; CHI Institute – Southampton, PA; Hesser College – Manchester, NH; Hamilton College – Cedar Rapids, IA; Kaplan University – Davenport, IA; Kaplan College – Thornton, CO; Long Technical College East Valley – Phoenix, AZ; Southeastern Career Institute – Dallas – TX; Southeastern Career College – Nashville, TN; Texas Careers – San Antonio, TX; Technology Education College – Columbus, OH; Thompson Institute – Harrisburg, PA; TESST College of Technology – Alexandria, VA; TESST College of Technology – Baltimore, MD; TESST College of Technology – Beltsville, MD; TESST College of Technology – Towson, MD; RETS Technical Center – Charlestown, MA; Heritage College – Las Vegas, NV; Maric College – Los Angeles, CA; Maric College – Panorama City, CA, Texas School of Business – Houston, TX; Kaplan Career Institute – Brooklyn, OH; Kaplan College – Merrillville, IN; Kaplan College – Indianapolis, IN; Andover College – Portland, ME; Kaplan Career Institute – Albuquerque, NM.

To Whom It May Concern:

In connection with your examination of the institutions listed above for the fiscal year ended December 31, 2006, for the purpose of expressing an opinion as to whether we complied, in all material respects, with the following assertions relative to participation in the Federal Student Financial Assistance Programs, we confirm, to the best of our knowledge and belief, the following representations made to you during your examination:

1)  We assert that, based on our evaluation of the specified requirements listed in Section II of the ED SFA Guide,

   X   We complied with the Institutional Eligibility and Participation compliance requirements listed therein.

   X   We complied with the Reporting requirements listed therein and, specifically, for the following reports:

       X   Pell Payment Data reporting through the Recipient Financial Management System (RFMS)

**Kaplan Higher Education Corporation**
3750 Brookside Parkway, Alpharetta, GA 30022  Phone: 770.360.6100  Fax: 770.360.6292  www.kaplanhighereducation.com

**EXHIBIT E**

X   Federal Direct Loan Program Student Loan Disbursements (if applicable)
X   Student Status Confirmation Reports (SSCRs)
X   Fiscal Operations Report and Application to Participate (FISAP)

X   We complied with the Student Eligibility compliance requirements listed therein.

X   We complied with the Disbursements compliance requirements listed therein.

X   We complied with the Return of Title IV Funds compliance requirements listed therein.

X   We complied with the Grant Administration and Payment System (GAPS) and Cash Management compliance requirements listed therein.

X   We complied with the Perkins Collections, Due Diligence, and NSLDS compliance requirements listed therein.

X   We complied with the Administrative Capability compliance requirements listed therein.

2)   We are responsible for complying with the specified requirements listed above.

3)   We are responsible for establishing and maintaining an effective internal control over compliance.

4)   We have performed an evaluation of our compliance with the specified requirements listed above for the fiscal year ended December 31, 2006.

5)   We have disclosed to you all known instances of noncompliance with the specified requirements listed above relative to participation in the Federal Student Financial Assistance Programs during the fiscal year ended December 31, 2006 and any known noncompliance with the specified requirements listed above discovered subsequent to December 31, 2006.

6)   We have made available to you all documentation and other information related to compliance with the specified requirements listed above.

7)   We have disclosed or made available to you our interpretations of any of the specified compliance requirements for which we had varying interpretations.

8)   There have been no communications from regulatory agencies, internal auditors, or other   practitioners regarding possible noncompliance with the specified requirements listed above during the fiscal year ended December 31, 2006. Further, there have been no such communications received subsequent to December 31, 2006 and through the date of your report.

9)   We have responded fully to all inquiries made to us by you during the engagement.

10) We have not been required to notify ED of any bankruptcy filing involving this institution or its parent company.

11) Neither the institution's owner, nor its executive officers, have pled guilty to, *nolo contendere* to, or were found guilty of a crime involving Title IV funds.

12) We have not been notified by ED that we have lost eligibility for any one or all of Title IV programs.

13) There have been no fraud or other illegal acts that would have a material effect on the aforementioned assertions.

14) We have reported to ED OIG for Investigations all known criminal misconduct involving Title IV funds by any student, employee, third-party servicer, or other agent of the institution involved in the administration of the institution's Title IV programs.

15) Your report is intended solely for the information of an audit committee, management, and the U.S. Department of Education, and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purposes.


Jeffrey J. Conlon
President - Kaplan Higher Education Corporation


Matthew Seelye
Vice President & CFO - Kaplan Higher Education Corporation


Elaine Neely-Escona
Senior Vice President – Regulatory – Kaplan Higher Education Corporation



**KAPLAN**

HIGHER EDUCATION

May 30, 2006

Fogleman Associates, LLC
401 Smith Drive, Suite 201
Cranberry Township, PA 16066-4132

RE: Marie College – San Diego, CA; Marie College – North County, CA; Long Technical College – Phoenix, AZ; Marie College – Stockton, CA; Marie College – Salida, CA; Bauder College – Atlanta, GA; Marie College – North Hollywood, CA; ICM School of Business & Medical Careers – Pittsburgh, PA; Ohio Institute of Photography & Technology – Dayton, OH; Marie College – Sacramento, CA; San Antonio College of Medical and Dental Assistants – San Antonio, TX; Career Centers of Texas – El Paso, TX; Hagerstown Business College – Hagerstown, MD; CHI Institute – Broomall, PA; CHI Institute – Southampton, PA; Hesser College – Manchester, NH; Hamilton College – Cedar Rapids, IA; Kaplan University – Davenport, IA; Denver Career College – Denver, CO; Long Technical College East Valley – Phoenix, AZ; Southeastern Career Institute – Dallas – TX; Southeastern Career College – Nashville, TN; Texas Careers – San Antonio, TX; Technology Education College – Columbus, OH; Thompson Institute – Harrisburg, PA; TESST College of Technology – Alexandria, VA; TESST College of Technology – Baltimore, MD; TESST College of Technology – Beltsville, MD; TESST College of Technology – Towson, MD; RETS Technical Center – Charlestown, MA; Heritage College – Las Vegas, NV; Marie College – Los Angeles, CA; Marie College – Anaheim, CA, Texas School of Business – Houston, TX; Total Technical Institute – Brooklyn, OH; Sawyer College – Merrillville, IN; Professional Careers Institute – Indianapolis, IN; Andover College – Portland, ME; Southwest Health Career Institute – Albuquerque, NM.

To Whom It May Concern:

In connection with your examination of the institutions listed above for the fiscal year ended December 31, 2005, for the purpose of expressing an opinion as to whether we complied, in all material respects, with the following assertions relative to participation in the Federal Student Financial Assistance Programs, we confirm, to the best of our knowledge and belief, the following representations made to you during your examination:

1) We assert that, based on our evaluation of the specified requirements listed in Section II of the ED SFA Guide,

    X  We complied with the Institutional Eligibility and Participation compliance requirements listed therein.

    X  We complied with the Reporting requirements listed therein and, specifically, for the following reports:

X   Pell Payment Data reporting through the Recipient Financial Management System (RFMS)
X   Federal Direct Loan Program Student Loan Disbursements (if applicable)
X   Student Status Confirmation Reports (SSCRs)
X   Fiscal Operations Report and Application to Participate (FISAP)

X   We complied with the Student Eligibility compliance requirements listed therein.

X   We complied with the Disbursements compliance requirements listed therein.

X   We complied with the Return of Title IV Funds compliance requirements listed therein.

X   We complied with the Grant Administration and Payment System (GAPS) and Cash Management compliance requirements listed therein.

X   We complied with the Perkins Collections, Due Diligence, and NSLDS compliance requirements listed therein.

X   We complied with the Administrative Capability compliance requirements listed therein.

2)   We are responsible for complying with the specified requirements listed above.

3)   We are responsible for establishing and maintaining an effective internal control over compliance.

4)   We have performed an evaluation of our compliance with the specified requirements listed above for the fiscal year ended December 31, 2005.

5)   We have disclosed to you all known instances of noncompliance with the specified requirements listed above relative to participation in the Federal Student Financial Assistance Programs during the fiscal year ended December 31, 2005 and any known noncompliance with the specified requirements listed above discovered subsequent to December 31, 2005.

6)   We have made available to you all documentation and other information related to compliance with the specified requirements listed above.

7)   We have disclosed or made available to you our interpretations of any of the specified compliance requirements for which we had varying interpretations.

8)   There have been no communications from regulatory agencies, internal auditors, or other practitioners regarding possible noncompliance with the specified requirements listed above during the fiscal year ended December 31, 2005.   Further, there have been no such communications received subsequent to December 31, 2005 and through the date of your report.

9)   We have responded fully to all inquiries made to us by you during the engagement.

10)   We have not been required to notify ED of any bankruptcy filing involving this institution or its parent company.

11) Neither the institution's owner, nor its executive officers, have pled guilty to, *nolo contendere* to, or were found guilty of a crime involving Title IV funds.

12) We have not been notified by ED that we have lost eligibility for any one or all of Title IV programs.

13) There have been no fraud or other illegal acts that would have a material effect on the aforementioned assertions.

14) We have reported to ED OIG for Investigations all known criminal misconduct involving Title IV funds by any student, employee, third-party servicer, or other agent of the institution involved in the administration of the institution's Title IV programs.

15) Your report is intended solely for the information of an audit committee, management, and the U.S. Department of Education, and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purposes.


Jeffrey J. Conlon
President - Kaplan Higher Education Corporation


Matthew Seelye
Vice President & CFO - Kaplan Higher Education Corporation


Elaine Neely Bacona
Senior Vice President - Regulatory - Kaplan Higher Education Corporation



KAPLAN HIGHER EDUCATION CORPORATION

June 25, 2005


Fogle and Associates, LLC
401 Smith Drive, Suite 201
Cranberry Township, PA 16066-4132

RE: Maric College – San Diego, CA; Maric College – North County; CA, Long Technical
College – Phoenix, AZ; Maric College – Stockton, CA; Maric College – Salida, CA; Bauder
College – Atlanta, GA; Maric College – North Hollywood, CA; ICM School of Business &
Medical Careers – Pittsburgh, PA; Ohio Institute of Photography & Technology – Dayton,
OH; Maric College – Sacramento, CA; San Antonio College of Medical and Dental
Assistants – San Antonio, TX; Career Centers of Texas – El Paso, TX; Hagerstown Business
College – Hagerstown, MD; CHI Institute – Broomall, PA; CHI Institute – Southampton,
PA; Hesser College – Manchester, NH; Hamilton College – Cedar Rapids, IA; Kaplan
University – Davenport, IA; Denver Career College – Denver, CO; Long Technical College
East Valley – Phoenix, PA; Southeastern Career Institute – Dallas – TX; Southeastern
Career College – Nashville, TN; Texas Careers – San Antonio, TX; Technology Education
College – Columbus, OH; Thompson Institute – Harrisburg, PA; TESST College of
Technology – Alexandria, VA; TESST College of Technology – Baltimore, MD; TESST
College of Technology – Beltsville, MD; TESST College of Technology – Towson, MD;
RETS Technical Center – Charlestown, MA; Heritage College – Las Vegas, NV; Maric
College – Los Angeles, CA; Maric College – Anaheim, CA, Texas School of Business –
Houston, TX; Total Technical Institute, Brooklyn, OH; Sawyer College – Merrillville, IN,


To Whom It May Concern:

In connection with your examination of the institutions listed above for the fiscal year ended
December 31, 2004, for the purpose of expressing an opinion as to whether we complied, in all
material respects, with the following assertions relative to participation in the Federal Student
Financial Assistance Programs, we confirm, to the best of our knowledge and belief, the
following representations made to you during your examination:

1) We assert that, based on our evaluation of the specified requirements listed in Section II of
the ED SFA Guide,

    X  We complied with the Institutional Eligibility and Participation compliance requirements
listed therein.

    X  We complied with the Reporting requirements listed therein and, specifically, for the
following reports:

        X  Pell Payment Data reporting through the Recipient Financial Management
System (RFMS)

> X   Federal Direct Loan Program Student Loan Disbursements (if applicable)
> X   Student Status Confirmation Reports (SSCRs)
> X   Fiscal Operations Report and Application to Participate (FISAP)

X   We complied with the Student Eligibility compliance requirements listed therein.

X   We complied with the Disbursements compliance requirements listed therein.

X   We complied with the Return of Title IV Funds compliance requirements listed therein.

X   We complied with the Grant Administration and Payment System (GAPS) and Cash Management compliance requirements listed therein.

X   We complied with the Perkins Collections, Due Diligence, and NSLDS compliance requirements listed therein.

X   We complied with the Administrative Capability compliance requirements listed therein.

2)   We are responsible for complying with the specified requirements listed above.

3)   We are responsible for establishing and maintaining an effective internal control over compliance.

4)   We have performed an evaluation of our compliance with the specified requirements listed above for the fiscal year ended December 31, 2002.

5)   We have disclosed to you all known instances of noncompliance with the specified requirements listed above relative to participation in the Federal Student Financial Assistance Programs during the fiscal year ended December 31, 2002 and any known noncompliance with the specified requirements listed above discovered subsequent to December 31, 2002.

6)   We have made available to you all documentation and other information related to compliance with the specified requirements listed above.

7)   We have disclosed or made available to you our interpretations of any of the specified compliance requirements for which we had varying interpretations.

8)   There have been no communications from regulatory agencies, internal auditors, or other practitioners regarding possible noncompliance with the specified requirements listed above during the fiscal year ended December 31, 2002.   Further, there have been no such communications received subsequent to December 31, 2002 and through the date of your report.

9)   We have responded fully to all inquiries made to us by you during the engagement.

10)  We have not been required to notify ED of any bankruptcy filing involving this institution or its parent company.

11)  Neither the institution's owner, nor its executive officers, have pled guilty to, *nolo contendere* to, or were found guilty of a crime involving Title IV funds.

12) We have not been notified by ED that we have lost eligibility for any one or all of Title IV programs.

13) There have been no fraud or other illegal acts that would have a material effect on the aforementioned assertions.

14) We have reported to ED OIG for Investigations all known criminal misconduct involving Title IV funds by any student, employee, third-party servicer, or other agent of the institution involved in the administration of the institution's Title IV programs.

15) Your report is intended solely for the information of an audit committee, management, and the U.S. Department of Education, and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purposes.


Gary Kerber
President - Kaplan Higher Education Corporation


Matthew Seelye
Vice President & CFO - Kaplan Higher Education Corporation


Elaine Neely-Bacona
Vice President-Financial Aid - Kaplan Higher Education Corporation



# Kaplan College

June 2, 2003

Fogle, Brunner & Blackstone, PC
401 Smith Drive, Suite 140
Cranberry Township, PA 16066

To Whom It May Concern:

In connection with your examination of Kaplan College for the fiscal year ended December 31, 2002, for the purpose of expressing an opinion as to whether we complied, in all material respects, with the following assertions relative to participation in the Federal Student Financial Assistance Programs, we confirm, to the best of our knowledge and belief, the following representations made to you during your examination:

1)  We assert that, based on our evaluation of the specified requirements listed in Section II of the ED SFA Guide,

    X   We complied with the Institutional Eligibility and Participation compliance requirements listed therein.

    X   We complied with the Reporting requirements listed therein and, specifically, for the following reports:

        X   Pell Payment Data reporting through the Recipient Financial Management System (RFMS)
        X   Federal Direct Loan Program Student Loan Disbursements (if applicable)
        X   Student Status Confirmation Reports (SSCRs)
        X   Fiscal Operations Report and Application to Participate (FISAP)

    X   We complied with the Student Eligibility compliance requirements listed therein.

    X   We complied with the Disbursements compliance requirements listed therein.

    X   We complied with the Return of Title IV Funds compliance requirements listed therein.

    X   We complied with the Grant Administration and Payment System (GAPS) and Cash Management compliance requirements listed therein.

    X   We complied with the Perkins Collections, Due Diligence, and NSLDS compliance requirements listed therein.

    X   We complied with the Administrative Capability compliance requirements listed therein.

2) We are responsible for complying with the specified requirements listed above.

3) We are responsible for establishing and maintaining an effective internal control over compliance.

4) We have performed an evaluation of our compliance with the specified requirements listed above for the fiscal year ended December 31, 2002.

5) We have disclosed to you all known instances of noncompliance with the specified requirements listed above relative to participation in the Federal Student Financial Assistance Programs during the fiscal year ended December 31, 2002 and any known noncompliance with the specified requirements listed above discovered subsequent to December 31, 2002.

6) We have made available to you all documentation and other information related to compliance with the specified requirements listed above.

7) We have disclosed or made available to you our interpretations of any of the specified compliance requirements for which we had varying interpretations.

8) There have been no communications from regulatory agencies, internal auditors, or other practitioners regarding possible noncompliance with the specified requirements listed above during the fiscal year ended December 31, 2002. Further, there have been no such communications received subsequent to December 31, 2002 and through the date of your report.

9) We have responded fully to all inquiries made to us by you during the engagement.

10) We have not been required to notify ED of any bankruptcy filing involving this institution or its parent company.

11) Neither the institution's owner, nor its executive officers, have pled guilty to, *nolo contendere* to, or were found guilty of a crime involving Title IV funds.

12) We have not been notified by ED that we have lost eligibility for any one or all of Title IV programs.

13) There have been no fraud or other illegal acts that would have a material effect on the aforementioned assertions.

14) We have reported to ED OIG for Investigations all known criminal misconduct involving Title IV funds by any student, employee, third-party servicer, or other agent of the institution involved in the administration of the institution's Title IV programs.

15) Your report is intended solely for the information of an audit committee, management, and the U.S. Department of Education, and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purposes.


Gary Kerber
President – Kaplan Higher Education Corporation


Matthew Seelye
Vice President & CFO – Kaplan Higher Education Corporation


Elaine Neely-Faeona
Vice President–Financial Aid – Kaplan Higher Education Corporation

 # Kaplan College

June 14, 2002

Fogle, Brunner & Blackstone, PC
401 Smith Drive, Suite 140
Cranberry Township, PA 16066

To Whom It May Concern:

In connection with your examination of Kaplan College for the fiscal year ended December 31, 2001, for the purpose of expressing an opinion as to whether we complied, in all material respects, with the following assertions relative to participation in the Federal Student Financial Assistance Programs, we confirm, to the best of our knowledge and belief, the following representations made to you during your examination:

1) We assert that, based on our evaluation of the specified requirements listed in Section II of the ED SFA Guide,

- We complied with the Institutional Eligibility and Participation compliance requirements listed therein.

- We complied with the Reporting requirements listed therein and, specifically, for the following reports:

  - Pell Payment Data reporting through the Recipient Financial Management System (RFMS)
  - Federal Direct Loan Program Student Loan Disbursements (if applicable)
  - Student Status Confirmation Reports (SSCRs)
  - Fiscal Operations Report and Application to Participate (FISAP)

- We complied with the Student Eligibility compliance requirements listed therein.

- We complied with the Disbursements compliance requirements listed therein.

- We complied with the Return of Title IV Funds compliance requirements listed therein.

- We complied with the Grant Administration and Payment System (GAPS) and Cash Management compliance requirements listed therein.

- We complied with the Perkins Collections, Due Diligence, and NSLDS compliance requirements listed therein, (if applicable).

- We complied with the Administrative Capability compliance requirements listed therein.

2) We are responsible for complying with the specified requirements listed above.

3) We are responsible for establishing and maintaining an effective internal control over compliance.

4) We have performed an evaluation of our compliance with the specified requirements listed above for the fiscal year ended December 31, 2001.

5) We have disclosed to you all known instances of noncompliance with the specified requirements listed above relative to participation in the Federal Student Financial Assistance Programs during the fiscal year ended December 31, 2001 and any known noncompliance with the specified requirements listed above discovered subsequent to December 31, 2001.

6) We have made available to you all documentation and other information related to compliance with the specified requirements listed above.

7) We have disclosed or made available to you our interpretations of any of the specified compliance requirements for which we had varying interpretations.

8) There have been no communications from regulatory agencies, internal auditors, or other practitioners regarding possible noncompliance with the specified requirements listed above during the fiscal year ended December 31, 2001. Further, there have been no such communications received subsequent to December 31, 2001 and through the date of your report.

9) We have responded fully to all inquiries made to us by you during the engagement.

10) We have not been required to notify ED of any bankruptcy filing involving this institution or its parent company.

11) Neither the institution's owner, nor its executive officers, have pled guilty to, *nolo contendere* to, or were found guilty of a crime involving Title IV funds.

12) We have not been notified by ED that we have lost eligibility for any one or all of the Title IV programs.

13) There have been no fraud or other illegal acts that would have a material effect on the aforementioned assertions.

14) We have reported to ED OIG for Investigations all known criminal misconduct involving Title IV funds by any student, employee, third-party servicer, or other agent of the institution involved in the administration of the institution's Title IV programs.

15) Your report is intended solely for the information of an audit committee, management, and the U.S. Department of Education, and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purposes.


Gary Kerber
President - Quest Education Corporation


Matthew Seelye
Vice President & CFO - Quest Education Corporation


Elaine Neely-Bacona
Vice President Financial Aid - Quest Education Corporation