**Federal Family Education Loan Program (FFELP)**
# Federal Stafford Loan School Certification

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 U.S.C. 1097.

Guarantor, Program, or Lender Identification

(Reserved for school, lender, or guarantor mailing address as appropriate)

1. School Code
2. School Information (Name, address, and phone number)

*To be completed by a financial aid administrator or other school official authorized to certify financial aid forms.*

3. Borrower's Last Name    First Name    MI
4. Social Security Number
5. Permanent Street Address
   City    State    Zip
6. Telephone Number
7. Date of Birth (Month/Day/Year)
8. Borrower e-mail Address
9. Lender Code/Name
10. Grade Level
11. Enrollment Status (Check one)
    ☐ Full Time    ☐ At Least Half Time
12. Anticipated (Completion) Graduation Date (Month/Day/Year)
13. Loan Period (Month/Day/Year)
    From:    To:
14. Certified Loan Amounts
    a. Subsidized  $            .00    b. Unsubsidized  $            .00
15. Recommended Disbursement Date(s) (Month/Day/Year)
    1st    2nd    3rd    4th    5th    6th

This space reserved for additional disbursement dates if needed.

## School Certification

I hereby certify that the borrower named on this Certification is accepted for enrollment on at least a half-time basis and is making satisfactory progress in a program that is eligible for the loan type(s) certified. I certify that the student is an eligible borrower in accordance with the Higher Education Act of 1965, as amended, and applicable U.S. Department of Education regulations (collectively referred to as the Act). I further certify that the borrower's eligibility for a Pell Grant has been determined, that the borrower is not incarcerated, and that the borrower has been determined eligible for loan(s) in the amount(s) certified. I further certify that the disbursement schedule complies with the requirements of the Act and hereby authorize the guarantor and/or the lender to adjust disbursement dates if necessary to ensure compliance with the Act. I further certify that, based on records available and due inquiry, the borrower has met the requirements of the Selective Service Act and that the information provided in this Certification is true, complete, and accurate to the best of my knowledge and belief. I agree to provide the borrower (i) with confirmation of any transfer of funds through electronic funds transfer (EFT) or master check to the borrower's student account, and (ii) with an opportunity to cancel or reduce any disbursement of a loan.

16. Signature of Authorized School Official _____    17. Date (Month/Day/Year) _____
    Name/Title (Printed or Typed) _____

*Please refer to the instructions for completing this form.*

**EXHIBIT F**

# Instructions for Certifying a Federal Stafford Loan

*Important Notice: If certification information is transmitted electronically, do not complete the School Certification form.*

**Item 1:** Enter the code for your institution. This code is provided by the U.S. Department of Education for the Federal Family Education Loan Program.

**Item 2:** Enter your school name, address, and telephone number, including area code, of the school official who can answer questions about this certification.

**Item 3:** Enter the borrower's complete name, last name first, followed by the first name and middle initial.

**Item 4:** Enter the borrower's Social Security Number.

**Item 5:** Enter the borrower's permanent street address.

**Item 6:** Enter the borrower's telephone number.

**Item 7:** Enter the borrower's date of birth in month, day, year format.

**Item 8:** Enter the borrower's e-mail address if known.

**Item 9:** Enter the borrower's lender selection (identification number and name) if known.

**Item 10:** Enter the academic level of the student seeking this loan. Select the proper grade level indicator using the standard grade level codes provided:

**Code   Grade Level**
1. Freshman/First Year (including proprietary institution programs that are less than one year in duration)
2. Sophomore/Second Year
3. Junior/Third Year
4. Senior/Fourth Year
5. Fifth Year/Other Undergraduate (Including sixth year undergraduate and continuing education students)
A. First Year Graduate/Professional
B. Second Year Graduate/Professional
C. Third Year Graduate/Professional
D. Beyond Third Year Graduate/Professional

**Item 11:** Indicate whether the student is (or plans to be) enrolled at least half time or full time. Students enrolled (or planning to enroll) less than half time are not eligible.

**Item 12:** Enter the date the student is expected to complete the program at your institution. Use numbers in a Month/Day/Year format; for example, 6/9/2006. Day date is needed to determine the specific day the student will enter repayment (as per the Act). If you are unsure of the actual completion date in the future, enter the last day of the month.

**Item 13:** Enter the dates covered by the student's cost of attendance. These dates must coincide with actual term starting and ending dates. At a school without academic terms, these dates must coincide with the borrower's program of study if that is less than an academic year in length, or the academic year. Use numbers in a Month/Day/Year format.

**Item 14:** Enter the lesser of the following: A) the amount of the student's eligibility for each loan type, or B) the loan amount requested by the student. The student's eligibility must be reduced if the student is attending a program with a length of less than a full academic year, or completing the remaining balance of a program in a period of less than an academic year. The student's eligibility may also be reduced based on professional judgment. If this field is left blank, the loan(s) will be delayed.

> **Item 14a:** Certify the lesser of the student's eligibility for a subsidized Federal Stafford Loan or the subsidized Stafford amount requested by the student. If the student is not eligible for a subsidized Federal Stafford Loan, enter 0.
>
> **Item 14b:** Certify the lesser of the student's eligibility for an unsubsidized Federal Stafford Loan or the unsubsidized Stafford amount requested by the student. If the student is not eligible for an unsubsidized Federal Stafford Loan, enter 0.

**Item 15:** Enter the disbursement dates for this loan(s) as determined in accordance with the Act.

**Item 16:** Your signature acknowledges that you have read and agree to the provisions in the School Certification. You must sign the Certification and print your name and title.

**Item 17:** Enter the date of Certification.