## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [ ] FEPA  [X] EEOC

Agency(ies) Charge No(s): 150-2005-03711

Florida Commission on Human Relations and EEOC
*State or local Agency, if any*

Name: Mr. Jude Gillespie

Street Address / City, State and ZIP Code: Miami Beach, FL 33139

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.

Name: KAPLAN UNIVERSITY
No. Employees, Members: 500 or More
Phone No: (954) 515-3257
Street Address: 6301 Kaplan University Ave, Fort Lauderdale, FL 33309

DISCRIMINATION BASED ON: [X] RETALIATION  [X] DISABILITY

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-16-2004    Latest: 04-15-2005

THE PARTICULARS ARE:

I am disabled, have a history of a disability and am regarded as disabled.

I reported the need for an accommodation and proof of my disability on December 16, 2004. On January 6, 2005 I advised Respondent, Willie Campbell of Human Resources, they were in violation of the Americans with Disabilities Act in that they failed to comply with an already agreed upon and granted an accommodation. On April 14, 2005 I complained of an ADA violation to the Dept of Education, Civil Rights Division. On April 15, 2005 I was terminated.

I applied for a promotion on January 13, 2005 to Assistant Dean of Curriculum and my resume was acknowledged received by Dean Lowry. Later I was told it fell threw the cracks by Melissa Martin, Director of HR.

I believe my rights under the Americans with Disabilities Act were violated in that I was not given an accommodation, complained of it and then terminated and not given a promotion amongst other things in retaliation for making the complaint.

Aug 08, 2005    *[signature] Jude Gillespie*

*DOL FOIA – 98*

EXHIBIT J

# U.S. Equal Employment Opportunity Commission
## DISMISSAL AND NOTICE OF RIGHTS

**To:** Jude Gillespie
Miami Beach, FL 33139

**From:** Miami District Office
Equal Employment Opportunity Commission
One Biscayne Tower, Suite 2700
2 South Biscayne Boulevard
Miami, Florida 33131-1805

[ ] On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge Number | EEOC Representative | Telephone No. |
|---|---|---|
| 150-2005-03711 | Robert Blomberg, Inestigator | 305 530-6041 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] We cannot investigate your charge because it was not filed within the time limit required by law.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You had 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### -- NOTICE OF SUIT RIGHTS --
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may pursue this matter further by bringing suit in federal or state court against the respondent(s) named in the charge. If you decide to sue, you must sue **WITHIN 90 DAYS** from your receipt of this Notice. Otherwise your right to sue based on the above-numbered charge will be lost.

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible. (If you file suit, please send a copy of your court complaint to this office.)

On behalf of the Commission

APR 1 1 2006
(Date Mailed)

Federico Costales, District Director

cc:
US Dept Of Education
ice of Civil Rights
61 Forsyth St SW Ste 19T70
Atlanta, GA 30303
Att: Doris N. Shields, Team Leader

US Dept of Labor
Office of Federal Contract Compliance Programs
61 Forsyth SW
Atlanta, GA 30303
Att: Donald Cirino, Dir of Regional Opr.