CLOSED

# U.S. District Court
## Southern District of Florida (Miami)
### CIVIL DOCKET FOR CASE #: 1:06-cv-21761-JAL

Gillespie v. Kaplan University
Assigned to: Judge Joan A. Lenard
Demand: $0
Cause: 42:12182 Americans with Disabilities Act

Date Filed: 07/13/2006
Jury Demand: Plaintiff
Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment
Jurisdiction: Federal Question

**Plaintiff**

**Jude Gillespie**              represented by   **Thomas Jude Gillespie**
                                                 800 W Avenue
                                                 Suite 540
                                                 Miami Beach, FL 33139
                                                 786-348-0023-fax-877
                                                 Fax: 827-3093
                                                 Email: gillespie.jude@gmail.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kaplan University**
*also known as*
Kaplan College
*also known as*
Iowa College Acquisition Corp.,

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2006 | 1 | COMPLAINT filed; FILING FEE $350.00 RECEIPT # 943523 ; Magistrate Judge Klein (dg, Deputy Clerk) (Entered: 07/14/2006) |
| 07/21/2006 | 2 | Pursuant to Administrative Order 2006-18, this case is temporarily reassigned to Magistrate Judge Edwin G. Torres ( Signed by Judge William J. Zloch on 07/21/06) [EOD Date: 7/27/06] (mg, Deputy Clerk) (Entered: 07/27/2006) |
| 07/21/2006 |   | Magistrate identification: Magistrate Judge Edwin G. Torres (mg, Deputy Clerk) (Entered: 07/27/2006) |
| 11/07/2006 | 3 | ORDER TO SHOW CAUSE. ORDERED AND ADJUDGED that, pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff Gillespie is provided fifteen (15) days from the date of this Order to effectuate service as to Defendant or to show cause why this case should not be dismissed for lack thereof. Signed by Judge Joan A. Lenard on 11/7/2006. (lc1) (Entered: 11/07/2006) |

**EXHIBIT K**

| | | |
|---|---|---|
| 11/21/2006 | 4 | Plaintiff's MOTION for Extension of Time to File *service of process upon Defendant* by Jude Gillespie. (Gillespie, Thomas) (Entered: 11/21/2006) |
| 11/27/2006 | 5 | ORDER granting 4 Motion for Extension of Time to File Proof of Service on Defendant. Plaintiff is granted forty-five(45) days from the date of this order to file proof of service on Defendant. This entry constitutes the Order in its entirety. . Signed by Judge Joan A. Lenard on 11/27/2006. (JAL) (Entered: 11/27/2006) |
| 01/11/2007 | 6 | Second MOTION for Extension of Time to File Response/Reply *to Order granting enlargement of time, dated November 27, 2006,* by Jude Gillespie. (Attachments: # 1 Exhibit Exhibit 1 - Letter# 2 Exhibit Exhibit 2 - Letter of Resolution & Resolution Agreement)(Gillespie, Thomas) (Entered: 01/11/2007) |
| 01/12/2007 | 7 | ORDER denying 6 Motion for Extension of Time to File Proof of Service on Defendant. This case was filed approximately six months ago. Plaintiff has not shown good cause for further extension of time to serve defendant and file proof of service. If proof of service is not filed within the time period provided in D.E. 5, this case shall be dismissed without prejudice. This entry constitutes the ENDORSED ORDER in its entirety . Signed by Judge Joan A. Lenard on 1/12/2007. (JAL) (Entered: 01/12/2007) |
| 01/12/2007 | 8 | MOTION for Reconsideration *and/or Clarification of Order Denying Second Motion for Enlagment of Time* by Jude Gillespie. (Gillespie, Thomas) (Entered: 01/12/2007) |
| 01/13/2007 | 9 | REQUEST FOR WAIVER of Service sent to Judith Korchin, Esquire, attorney for Kaplan University, Holland & Knight, 701 Brickell Avenue, Miami, Florida 33131 on 01/13/2007 by Jude Gillespie. Waiver of Service due by 2/12/2007. (Attachments: # 1 Exhibit Email from Defendant counsel agreeing to accept service of process)(Gillespie, Thomas) (Entered: 01/13/2007) |
| 01/13/2007 | 10 | NOTICE of Compliance *with [5] Order on Motion for Extension of Time* by Jude Gillespie re [7] Order on Motion for Extension of Time to File Response/Reply,, [5] Order on Motion for Extension of Time to File,, 6 Second MOTION for Extension of Time to File Response/Reply *to Order granting enlargement of time, dated November 27, 2006,* filed by Jude Gillespie,, 8 MOTION for Reconsideration *and/or Clarification of Order Denying Second Motion for Enlagment of Time* filed by Jude Gillespie, (Attachments: # 1 Exhibit 1 - Email Letter from Defendant's Counsel agreeing to accept service of process# 2 Exhibit 2 - Email letter from John Andrews, Esquire# 3 Exhibit 3 - Faxed Reply from Plaintiff's treating physician)(Gillespie, Thomas) (Entered: 01/13/2007) |
| 01/17/2007 | 11 | ORDER denying 8 Motion for Reconsideration. This entry constitutes the ENDORSED Order in its entirety. Signed by Judge Joan A. Lenard on 1/17/07. (lc1) (Entered: 01/17/2007) |
| 01/17/2007 | 12 | ORDER DISMISSING CASE WITHOUT PREJUDICE. Signed by Judge Joan A. Lenard on 1/17/07. (lc1) (Entered: 01/17/2007) |

AMS, APPEAL, CLOSED, MEDREQ, REF_DISCOV

## U.S. District Court
## Southern District of Florida (Miami)
### CIVIL DOCKET FOR CASE #: 1:07-cv-22511-PCH

Gillespie v. Kaplan University  
Assigned to: Judge Paul C. Huck  
Referred to: Magistrate Judge Andrea M. Simonton  
Cause: 42:12182 Americans with Disabilities Act

Date Filed: 09/25/2007  
Jury Demand: Plaintiff  
Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment  
Jurisdiction: Federal Question

**Plaintiff**

**Jude Gillespie**                         represented by     **John W. Andrews**  
Andrews Law Group  
3220 Henderson Boulevard  
Tampa, FL 33609  
US  
813-877-1867  
Fax: 813-872-8298  
*TERMINATED: 12/03/2007*  
*LEAD ATTORNEY*

**Martin Eric Leach**  
Feiler & Leach  
901 Ponce De Leon Boulevard  
Penthouse  
Coral Gables, FL 33134-3009  
305-441-8818  
Fax: 441-8081  
Email: mel@flmlegal.com  
*TERMINATED: 11/20/2007*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Michael Benjamin Feiler**  
Feiler & Leach  
901 Ponce De Leon Boulevard  
Penthouse Suite  
Coral Gables, FL 33134-3009  
305-441-8818  
Fax: 305-441-8081  
Email: mbf@flmlegal.com  
*TERMINATED: 11/20/2007*  
*ATTORNEY TO BE NOTICED*

**Thomas Jude Gillespie**  
800 W Avenue  
Suite 540  
Miami Beach, FL 33139

786-348-0023-fax-877
Fax: 827-3093
Email: gillespie.jude@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kaplan University**
*also known as*
Kaplan College
*also known as*
Iowa College Acquisition Corp.,

represented by **Jennifer T. Williams**
Akerman Senterfitt
Suntrust International Center
1 SE 3rd Avenue
25th Floor
Miami, FL 33131-1714
305-374-5600
Fax: 305-374-5095
Email: jennifer.williams@akerman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Nadler Eisenberg**
Akerman Senterfitt
Suntrust International Center
1 SE 3rd Avenue
28th Floor
Miami, FL 33131-1714
305-374-5600
Fax: 374-5095
Email: susan.eisenberg@akerman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/25/2007 | 15 | Case transferred in from Middle District of Florida; Case Number 8:07-cv-662-T-26TBM. Electronic file consisting of documents numbered 1-14, including transfer order and docket sheet received.(mg) (Entered: 09/25/2007) |
| 09/28/2007 | 16 | SCHEDULING ORDER: Jury Trial set for 4/7/2008 09:00 AM before Judge Paul C. Huck. Calendar Call set for 4/2/2008 08:30 AM before Judge Paul C. Huck. ORDER REFERRING CASE to Magistrate Judge Andrea M. Simonton for Discovery, ORDER REFERRING CASE to Mediation. 15 days to appoint mediator.Signed by Judge Paul C. Huck on 9/28/2007.(lc1) (Entered: 09/28/2007) |
| 10/02/2007 | 17 | NOTICE of Attorney Appearance by Martin Eric Leach on behalf of Jude Gillespie (Leach, Martin) (Entered: 10/02/2007) |
| 11/15/2007 | 18 | Plaintiff's MOTION to Withdraw as Attorney by Jude Gillespie. Responses due by 11/30/2007 (Feiler, Michael) (Entered: 11/15/2007) |
| 11/15/2007 | 19 | NOTICE by Jude Gillespie re 18 Plaintiff's MOTION to Withdraw as Attorney *Gillespie's Notice of Intent to File Memorandum of Law in Opposition* (Gillespie, |

| | | |
|---|---|---|
| | | Thomas) (Entered: 11/15/2007) |
| 11/16/2007 | 20 | Plaintiff's MOTION to Stay *Proceedings to allow Plaintiff to Obtain New COunsel* by Jude Gillespie. Responses due by 12/3/2007 (Feiler, Michael) (Entered: 11/16/2007) |
| 11/16/2007 | 21 | MOTION to Set Aside *Plaintiff's Motion for Stay* by Jude Gillespie. (Gillespie, Thomas) (Entered: 11/16/2007) |
| 11/16/2007 | 27 | NOTICE OF CONVENTIONAL FILING OF NOTICE of Prior Substitution of Plaintiff's Counsel and Request that John W. Andrews, Esq. be removed as Attorney of Record (ail) (Entered: 11/20/2007) |
| 11/19/2007 | 22 | NOTICE of Hearing: Status Conference set for 11/20/2007 10:30 AM before Judge Paul C. Huck. (lc1) (Entered: 11/19/2007) |
| 11/19/2007 | 23 | RESPONSE to Motion re 18 Plaintiff's MOTION to Withdraw as Attorney, 20 Plaintiff's MOTION to Stay *Proceedings to allow Plaintiff to Obtain New COunsel*, 21 MOTION to Set Aside *Plaintiff's Motion for Stay* filed by Kaplan University. Replies due by 11/27/2007. (Eisenberg, Susan) (Entered: 11/19/2007) |
| 11/19/2007 | 24 | NOTICE of Instruction to Filer: re 21 MOTION to Set Aside *Plaintiff's Motion for Stay* filed by Jude Gillespie. ERROR: Document Title (Notice to Withdraw) Does Not Match Event (Motion) Selected; Instruction to Filer: File a Notice of Striking Docket Entry and Refile the Document correctly. (gp) (Entered: 11/19/2007) |
| 11/19/2007 | 25 | NOTICE of Striking 21 MOTION to Set Aside *Plaintiff's Motion for Stay* filed by Jude Gillespie, by Jude Gillespie (Gillespie, Thomas) (Entered: 11/19/2007) |
| 11/19/2007 | 26 | MOTION to Withdraw Document *Plaintiff's Attorneys' Unauthorized Motion to Stay* by Jude Gillespie. Responses due by 12/4/2007 (Gillespie, Thomas) (Entered: 11/19/2007) |
| 11/20/2007 | 28 | Minute Entry for proceedings held before Judge Paul C. Huck : Motion Hearing held on 11/20/2007 re 26 MOTION to Withdraw Document *Plaintiff's Attorneys' Unauthorized Motion to Stay* filed by Jude Gillespie,, 20 Plaintiff's MOTION to Stay *Proceedings to allow Plaintiff to Obtain New COunsel* filed by Jude Gillespie,, 18 Plaintiff's MOTION to Withdraw as Attorney filed by Jude Gillespie,, 21 MOTION to Set Aside *Plaintiff's Motion for Stay* filed by Jude Gillespie,. Court Reporter: Patricia Sanders - phone number 305-523-5528 (ew) (Entered: 11/20/2007) |
| 11/20/2007 | 29 | ORDER granting 18 Motion to Withdraw as Attorney. Attorney Michael Benjamin Feiler and Martin Eric Leach terminated. ORDER denying 20 Motion to Stay. ORDER denying 26 Motion to Withdraw Document. Deadline to obtain new counsel 12/10/2007.Signed by Judge Paul C. Huck on 11/20/2007. (lc1) (Entered: 11/20/2007) |
| 11/20/2007 | | Attorney Michael Benjamin Feiler and Martin Eric Leach terminated. Sent terminated attorney(s) instructions for tracking future case activity. (Per 29) (wc) (Entered: 11/26/2007) |
| 12/02/2007 | 30 | MOTION To Enlarge Time to Comply with Order (DE #29) re 29 Order on Motion to Withdraw as Attorney,, Order on Motion to Stay,,, by Jude Gillespie. (Gillespie, Thomas) (Entered: 12/02/2007) |
| 12/03/2007 | | Attorney John W. Andrews terminated per 27. Sent terminated attorney instructions for tracking future case activity. (nm) (Entered: 12/03/2007) |
| 12/03/2007 | 31 | ORDER granting 30 Motion for Extension. Signed by Judge Paul C. Huck on |

| | | |
|---|---|---|
| | | 12/3/2007. (lc1) (Entered: 12/03/2007) |
| 12/04/2007 | 32 | Defendant's MOTION for Extension of Time to Complete Discovery *and Modification of Pretrial Deadlines* by Kaplan University. (Attachments: # 1 Text of Proposed Order)(Eisenberg, Susan) (Entered: 12/04/2007) |
| 12/04/2007 | 33 | NOTICE by Kaplan University *of Withdrawal of Docket Entry No. 32* (Eisenberg, Susan) (Entered: 12/04/2007) |
| 12/04/2007 | 34 | Defendant's MOTION for Modification of Pretrial Deadlines by Kaplan University. (Attachments: # 1 Text of Proposed Order Granting Defendant?s Motion for Modification of Pretrial Deadlines)(Eisenberg, Susan) (Entered: 12/04/2007) |
| 12/05/2007 | 35 | First MOTION for Extension of Time to File *Motion for Reconsideration of Order (DE #29)* by Jude Gillespie. (Gillespie, Thomas) (Entered: 12/05/2007) |
| 12/06/2007 | 36 | ORDER granting 35 Motion for Extension of Time to File Motion for Reconsideration.Signed by Judge Paul C. Huck on 12/6/2007. (lc1) (Entered: 12/06/2007) |
| 12/06/2007 | 37 | NOTICE of Hearing: Status Conference set for 12/12/2007 at 10:30 AM before Judge Paul C. Huck. (lc1) (Entered: 12/06/2007) |
| 12/06/2007 | 38 | ORDER DENYING AS MOOT re 32 Defendant's MOTION for Extension of Time to Complete Discovery *and Modification of Pretrial Deadlines* filed by Kaplan University, Signed by Judge Paul C. Huck on 12/6/07.(gm1) (Entered: 12/06/2007) |
| 12/07/2007 | 39 | MOTION for Reconsideration re 29 Order on Motion to Withdraw as Attorney,, Order on Motion to Stay,,, by Jude Gillespie. (Gillespie, Thomas) (Entered: 12/07/2007) |
| 12/07/2007 | 40 | RESPONSE in Opposition re 39 MOTION for Reconsideration re 29 Order on Motion to Withdraw as Attorney,, Order on Motion to Stay,,, filed by Feiler & Leach, P.L.. (Feiler, Michael) (Entered: 12/07/2007) |
| 12/10/2007 | 41 | AMENDED NOTICE of Hearing: Hearing RE-set for 12/13/2007 08:15 AM before Judge Paul C. Huck. (lc1) (Entered: 12/10/2007) |
| 12/12/2007 | 42 | NOTICE of Hearing Time Change:Hearing set for 12/13/2007 at 08:30 AM before Judge Paul C. Huck. (lc1) (Entered: 12/12/2007) |
| 12/13/2007 | 43 | Minute Entry for proceedings held before Judge Paul C. Huck : Motion Hearing held on 12/13/2007 re 34 Defendant's MOTION for Modification of Pretrial Deadlines filed by Kaplan University. Court Reporter: Patricia Sanders - phone number 305-523-5528 (ew) (Entered: 12/13/2007) |
| 12/18/2007 | 44 | ORDER DISMISSING CASE WITHOUT PREJUDICE, Signed by Judge Paul C. Huck on 12/13/07.(lh) (Entered: 12/18/2007) |
| 12/29/2007 | 45 | Plaintiff's MOTION to Vacate 44 Order Dismissing Case *and for Reconsideration* by Jude Gillespie. Responses due by 1/14/2008 (Gillespie, Thomas) (Entered: 12/29/2007) |
| 01/02/2008 | 46 | Plaintiff's MOTION for Recusal *of the Honorable Paul C. Huck* by Jude Gillespie. (Gillespie, Thomas) (Entered: 01/02/2008) |
| 01/08/2008 | 47 | AFFIDAVIT signed by : Jude Gillespie, Esq.. re 46 Plaintiff's MOTION for Recusal *of the Honorable Paul C. Huck* by Jude Gillespie. (Attachments: # 1 Affidavit Notice of Filing Declaration)(Gillespie, Thomas) (Entered: 01/08/2008) |

| | | |
|---|---|---|
| 01/11/2008 | 48 | TRANSCRIPT of Hearing Proceedings held on 12/13/07 before Judge Paul c. Huck. Court Reporter: Patricia Sanders - phone number 305-523-5528 1-12 pages.. (cqs) (Entered: 01/11/2008) |
| 01/14/2008 | 49 | RESPONSE to Motion re 45 Plaintiff's MOTION to Vacate 44 Order Dismissing Case *and for Reconsideration* filed by Kaplan University. Replies due by 1/22/2008. (Williams, Jennifer) (Entered: 01/14/2008) |
| 01/14/2008 | 50 | NOTICE by Feiler & Leach, P.L. re 47 Affidavit *of filing of Declaration of Martin E. Leach* (Attachments: # 1 Declaration of Martin E. Leach)(Feiler, Michael) (Entered: 01/14/2008) |
| 01/14/2008 | 51 | NOTICE OF APPEAL by Jude Gillespie (Gillespie, Thomas) (Entered: 01/14/2008) |
| 01/14/2008 | 52 | NOTICE OF APPEAL as to 44 Order Dismissing Case, 29 Order on Motion to Withdraw as Attorney,, Order on Motion to Stay,,,20 Order denying Motion to Stay and 26 Order denying Motion to withdraw document. Filing Fee $ (Not Paid) by Jude Gillespie (cqs) (Entered: 01/15/2008) |
| 01/15/2008 | 53 | NOTICE of Docket Correction and Instruction to Filer: re 51 Notice of Appeal filed by Jude Gillespie, Error: Incorrect Document Link; Correction=Document Relinked To items being appealed. Instruction to Filer=In the future please link the Document to the proper entry; corrections have been made by clerk. No Action Required. (cqs) (Entered: 01/15/2008) |
| 01/15/2008 | | Transmission of Notice of Appeal, Orders and Docket Sheet to US Court of Appeals re 51 Notice of Appeal, [52] Notice of Appeal, (cqs) (Entered: 01/15/2008) |
| 01/15/2008 | 54 | NOTICE by Feiler & Leach, P.L. re 47 Affidavit *of Filing* (Attachments: # 1 Declaration of Michael B. Feiler)(Feiler, Michael) (Entered: 01/15/2008) |
| 01/17/2008 | 55 | RESPONSE to Motion re 46 Plaintiff's MOTION for Recusal *of the Honorable Paul C. Huck* filed by Kaplan University. Replies due by 1/25/2008. (Williams, Jennifer) (Entered: 01/17/2008) |
| 01/18/2008 | 56 | NOTICE of Hearing: Hearing set for 1/30/2008 at 09:00 AM before Judge Paul C. Huck. (lc1) (Entered: 01/18/2008) |
| 01/18/2008 | | Set/Reset Deadlines per Order at DE 56 as to 46 Plaintiff's MOTION for Recusal of the Honorable Paul C. Huck. Motion Hearing set for 1/30/2008 09:30 AM before Judge Paul C. Huck. (bb) (Entered: 01/23/2008) |
| 01/29/2008 | 57 | ACKNOWLEDGEMENT OF RECEIPT FROM USCA re 51 Notice of Appeal, [52] Notice of Appeal, receipt of: NOA date received by USCA 1/22/08 USCA number 08-10326-G (cqs) (Entered: 01/29/2008) |
| 01/30/2008 | 58 | Minute Entry for proceedings held before Judge Paul C. Huck : Motion Hearing held on 1/30/2008 re 46 Plaintiff's MOTION for Recusal *of the Honorable Paul C. Huck* filed by Jude Gillespie,. Court Reporter: Patricia Sanders - phone number 305-523-5528 (ew) (Entered: 01/31/2008) |
| 02/01/2008 | 59 | ORDER requesting Plaintiff's Reply re: 46 Plaintiff's MOTION for Recusal of the Honorable Paul C. Huck.Signed by Judge Paul C. Huck on 02/01/08.(lc1) (Entered: 02/01/2008) |
| 02/08/2008 | 60 | REPLY to Response to Motion re 46 Plaintiff's MOTION for Recusal *of the Honorable* |

|  |  | *Paul C. Huck* filed by Jude Gillespie. (Gillespie, Thomas) (Entered: 02/08/2008) |
|---|---|---|
| 02/27/2008 | 61 | ORDER denying 46 Motion for Recusal. Signed by Judge Paul C. Huck on 02/27/08. (lc1) (Entered: 02/27/2008) |
| 03/03/2008 | 62 | ORDER denying 45 Motion to Vacate/Motion for Reconsideration. Signed by Judge Paul C. Huck on 03/03/08.(lc1) (Entered: 03/03/2008) |
| 03/03/2008 | 63 | NOTICE by Jude Gillespie *of Filing/Supplementing Record for Eleventh Circuit Mandamus Review* (Attachments: # 1 Supplement Order Lifting Seal in related False Claims Act litigation# 2 Supplement First Amended Complaint against Kaplan University for violation of False Claims Act, filed in related action, unsealed by attached Order, dated February 26, 2008)(Gillespie, Thomas) (Entered: 03/03/2008) |
| 03/24/2008 | 64 | Jurisdictional Question Issued re 51 Notice of Appeal filed by Jude Gillespie,, [52] Notice of Appeal, filed by Jude Gillespie, USCA Case Number 08-10326-G The question was issued on3/19/08 (cqs) (Entered: 03/24/2008) |
| 03/24/2008 | 65 | Plaintiff's MOTION to Alter Judgment *Dismissing Case Without Prejudice (D.E. #44) due to mistake and/or surprise pursuant to FRCP 60(b)(1)* by Jude Gillespie. Responses due by 4/7/2008 (Gillespie, Thomas) (Entered: 03/24/2008) |
| 03/26/2008 | 66 | ORDER directing Plaintiff to confer with opposing counsel in accordance with local rules with regard to 65 Plaintiff's MOTION to Alter Judgment Dismissing Case Without Prejudic. Signed by Judge Paul C. Huck on 03/25/08.(lc1) (Entered: 03/26/2008) |
| 04/03/2008 | 67 | NOTICE by Jude Gillespie re 65 Plaintiff's MOTION to Alter Judgment *Dismissing Case Without Prejudice (D.E. #44) due to mistake and/or surprise pursuant to FRCP 60(b)(1) Telephone Hearing Scheduled by Judge Huck, Monday, April 7, 2008 at 10:30 AM* (Gillespie, Thomas) (Entered: 04/03/2008) |
| 04/04/2008 | 68 | RESPONSE to Motion re 65 Plaintiff's MOTION to Alter Judgment *Dismissing Case Without Prejudice (D.E. #44) due to mistake and/or surprise pursuant to FRCP 60(b)(1)* filed by Kaplan University. Replies due by 4/11/2008. (Attachments: # 1 Exhibit A - Proposed Order)(Williams, Jennifer) (Entered: 04/04/2008) |
| 04/08/2008 | 69 | ORDER Setting Telephonic Hearing on 65 Plaintiff's Motion to Alter Judgement, and Striking 67 Plaintiff's Notice of Hearing. The telephonic hearing will be held on 4/10/2008 at 10:00 AM in Miami Division before Judge Paul C. Huck. Signed by Judge Paul C. Huck on 04/08/08. (lc1) (Entered: 04/08/2008) |
| 04/10/2008 | 70 | Minute Entry for proceedings held before Judge Paul C. Huck : Motion Hearing held on 4/10/2008 re 45 Plaintiff's MOTION to Vacate 44 Order Dismissing Case *and for Reconsideration* filed by Jude Gillespie. Court Reporter: Official Reporting Service- phone number 305-523-5635 (ew) (Entered: 04/10/2008) |
| 04/11/2008 | 71 | NOTICE by Kaplan University *of Filing* (Attachments: # 1 Text of Proposed Order) (Williams, Jennifer) (Entered: 04/11/2008) |
| 04/14/2008 | 72 | NUNC PRO TUNC ORDER DISMISSING CASE WITHOUT PREJUDICE. Signed by Judge Paul C. Huck on 4/14/08.(ail) (Entered: 04/14/2008) |
| 04/16/2008 | 73 | NOTICE OF APPEAL by Jude Gillespie (Gillespie, Thomas) (Entered: 04/16/2008) |
| 04/16/2008 | 74 | NOTICE OF APPEAL as to 44 Order Dismissing Case, 29 Order on Motion to Withdraw as Attorney,20 order, 26 order, Order on Motion to Stay,,,, 72 Order by Jude |

|            |    |                                                                                                                                                                                                                                                               |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Gillespie Filing fee $ (Not Paid) (cqs) (Entered: 04/17/2008)                                                                                                                                                                                                 |
| 04/16/2008 | 75 | NOTICE of Instruction to Filer: re [74] Notice of Appeal filed by Jude Gillespie, Error: Incorrect Document Link; Instruction to Filer=In the future please link the Document to the proper entry being appealed; no action required, corrections made by clerk. (cqs) (Entered: 04/17/2008) |
| 04/17/2008 |    | Transmission of Notice of Appeal, orders and Docket Sheet to US Court of Appeals re [74] Notice of Appeal (cqs) (Entered: 04/17/2008)                                                                                                                         |