Jun 30 06 11:33a                                                                                                  p.2

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>563-2006-01581 |
|---|---|---|

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>Carlos Urquilla | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Street Address                City, State and ZIP Code<br>, Lawrence, KS 66046 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>KAPLAN UNIVERSITY     C.U.<br>ATTN: Christopher Caywood | No. Employees, Members<br>~~201~~ 500 c.u. | Phone No. (Include Area Code)<br>(312) 777-6446 |
|---|---|---|
| Street Address                City, State and ZIP Code<br>550 Van Buren, 7th Floor, Chicago, IL 60607 | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address                City, State and ZIP Code | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: ~~02-10-2006~~ c.u.  Latest: 03-17-2006
09-30-2005

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have been employed with the above named employer since April 2005. I have held various ~~part-time and full~~ c.u. time positions.

In October 2005, I began to be subjected to different terms and conditions of employment from management, in that I was not given an orientation or job description, yet I was expected to teach more classes than other instructors, I was threatened of being discharged, I was demoted, and I had my hours reduced to part-time.

In January 2006, I complained to the company Human Resources Manager that I believed I was being treated poorly because of my race and national origin. Since that time, I have been demoted to an Editor's position.

I believe the difference in treatment is based on my race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended, and I believe that I was demoted in retaliation for my complaint, in violation of Title VII of the Civil Rights Act of 1964, as amended, Section 704A.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 6/30/2006   X [signature]<br>Date       Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

TEw/dp

EXHIBIT L

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>*Amended*  563-2006-01581 |
|---|---|---|

Kansas Human Rights Commission and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Carlos Urquilla | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|

Street Address: Lawrence, KS 66046

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>KAPLAN UNIVERSITY | No. Employees, Members<br>500+ | Phone No. (Include Area Code)<br>(312) 777-6100 |
|---|---|---|

Street Address: 550 Van Buren, 7th Floor, Chicago, IL 60607

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-30-2005   Latest: 08-04-2006

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I have been employed with the above named employer since April 2005. I have held various full-time positions.

In October 2005, I began to be subjected to different terms and conditions of employment from management, in that I was not given an orientation or job description, yet, I was expected to teach more difficult classes than other instructors; I was threatened of being discharged; I was demoted, and I had my hours reduced to part-time.

In January 2006, I complained to the company Human Resources Manager that I believed I was being treated poorly because of my race and national origin. Since that time, I have been demoted to an Editor's position.

I believe the difference in treatment is based on my race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended, and I believe that I was demoted in retaliation for my complaint, in violation of Title VII of the Civil Rights Act of 1964, as amended, Section 704A.

I wish to amend my charge to include continued retaliation by way of discharge because of my race and national origin, in violation of Title VII of the Civil Rights Act of 1964, as amended, Section 704A.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 9/27/2006   Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

EEOC Form 161 (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Carlos Urquilla<br>Lawrence, KS 66046 | From: | Kansas City Area Office - 563<br>Gateway Tower II<br>400 State Avenue<br>Kansas City, KS 66101 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 563-2006-01581 | Tezzie S. Wells, Investigator | (913) 551-5699 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

James R. Neely, Jr.,
Director

(Date Mailed)

cc:
Director of Human Resources
c/o KAPLAN UNIVERSITY
550 Van Buren
7th Floor
Chicago, IL 60607

Douglas Towns, Attorney for Respondent