IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* § <br> Shauntee A. Payne, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> WHITMAN EDUCATION GROUP, INC., § <br> *et al.*, § <br> Defendants. § | CIVIL ACTION NO. H-03-3089 |

### ORDER

It is hereby **ORDERED** that the parties' Joint Motion to Dismiss With Leave to Reinstate [Doc. # 17] is **GRANTED** and this case is **DISMISSED** with leave to reinstate ONLY in the event the United States Supreme Court grants Plaintiff's petition for rehearing, vacates the Order denying certiorari and grants the petition for writ of certiorari in Civil Action No. H-99-3889.

SIGNED at Houston, Texas, this **20th** day of **June, 2005.**

*[signature]*
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2003\3089DO.wpd   050620.1138

**EXHIBIT Q**