## DECLARATION OF DEANA ECHOLS

I, Deana Echols, state and declare as follows:

1. I am the Executive Director of Federal Regulatory Affairs for Kaplan Higher Education Corporation. I submit this declaration in support of Defendant Kaplan University and Kaplan Higher Education Corporation's Motion to Dismiss Relators' First Amended Complaint (hereinafter "motion to dismiss") in the matter of *United States ex rel. Diaz v. Kaplan University*, Case No. 8:07-cv-669-T-23TGW (M.D. Fla.). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. In my role as Executive Director of Federal Regulatory Affairs, I am familiar with: a) the Program Participation Agreements executed between Kaplan University and the United States Department of Education ("ED"); b) management assertion letters that Kaplan University submits to the independent certified public accountants it retains to perform an annual compliance audit of Kaplan University's administration of Title IV financial aid programs; and c) an example of the Federal Family Loan Education Program certification that educational institutions, including Kaplan University, are required to execute regarding borrower eligibility for financial aid as part of the student loan application process.

3. I have reviewed the document attached to the accompanying motion to dismiss as Exhibit A. It is a true and correct copy of the Program Participation Agreement executed between Kaplan University and ED, executed in November and December 2007.

4. I have reviewed the document attached to the accompanying motion to dismiss as Exhibit B. It is a true and correct copy of the Program Participation Agreement

**EXHIBIT R**

executed between Kaplan College and ED, executed in May 2004. Kaplan College later became Kaplan University.

5. I have reviewed the document attached to the accompanying motion to dismiss as Exhibit C. It is a true and correct copy of the Program Participation Agreement executed between Quest College and ED, executed in September 2000, with Amendment to Program Participation Agreement (William D. Ford Federal Direct Loan Program), executed in December 2000 and January 2001. Quest College later became Kaplan College, which later became Kaplan University.

6. I have reviewed the document attached to the accompanying motion to dismiss as Exhibit D. It is a true and correct copy of the Program Participation Agreement executed between American Institute of Commerce and ED, executed in February 1999, with Amendment to Program Participation Agreement (William D. Ford Federal Direct Loan Program), executed in May 1999. American Institute of Commerce later became Quest College, which later became Kaplan College and then Kaplan University.

7. I have reviewed the documents attached to the accompanying motion to dismiss as Exhibit E. They are true and correct copies of the management assertion letters provided by Kaplan College and/or Kaplan Higher Education Corporation to the applicable independent certified public accountant on April 30, 2007, May 30, 2006, June 25, 2005, June 2, 2003, and June 14, 2002.

8. I have reviewed the document attached to the accompanying motion to dismiss as Exhibit F. Based upon information and belief, it is a true and correct example of

the certification published by ED regarding borrower eligibility for financial aid that institutions are required to complete as part of the student loan application process.

I declare under penalty of perjury under the laws of the United States, the State of Florida, and the State of Georgia that the foregoing is true and correct and that this declaration was executed by me in Alpharetta, GA on April 30, 2008.

_____
Deana Echols