UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:07-cv-669-T-33-TGW

UNITED STATES OF AMERICA,

    Plaintiff,

ex rel.

CARLOS URQUILLA-DIAZ,
JUDE GILLESPIE, and
BEN WILCOX,
    Relators,

v.

KAPLAN UNIVERSITY
a/k/a Kaplan College
a/k/a Iowa College Acquisition Corp.;
KAPLAN HIGHER EDUCATION CORPORATION,
a division of Kaplan, Inc., wholly owned
subsidiary of The Washington Post Company,

    Defendants.
_____/

### NOTICE OF WITHDRAWAL OF JOINDER IN
### MOTION TO DISQUALIFY RELATORS' COUNSEL

Relator, JUDE GILLESPIE, hereby files notice that he withdraws his Joinder in Defendants, Kaplan University and Kaplan Higher Education Corporation's Motion to Disqualify Relators' counsel [DE 87].

    Respectfully submitted,

    s/ Beth T. Vogelsang
    BETH T. VOGELSANG
    Florida Bar No. 509401
    beth@abbrclaw.com
    Alters, Boldt, Brown, Rash & Culmo, P.A.
    4141 Northeast 2nd Avenue, Suite 201
    Miami, Florida 33137
    Telephone: (305) 571-8550
    Facsimile:  (305) 571-8558

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:07-cv-669-T-33-TGW

UNITED STATES OF AMERICA,

        Plaintiff,

ex rel.

CARLOS URQUILLA-DIAZ,
JUDE GILLESPIE, and
BEN WILCOX,

        Relators,

v.

KAPLAN UNIVERSITY
a/k/a Kaplan College
a/k/a Iowa College Acquisition Corp.;
KAPLAN HIGHER EDUCATION CORPORATION,
a division of Kaplan, Inc., wholly owned
subsidiary of The Washington Post Company,

        Defendants.
_____/

## CERTIFICATE OF SERVICE

    I hereby certify that on **February 2, 2009** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                      s/ Beth T. Vogelsang
                      BETH T. VOGELSANG
                      Florida Bar No. 509401

**SERVICE LIST**
UNITED STATES OF AMERICA, *ex rel.* CARLOS URQUILLA-DIAZ *et al.* v.
KAPLAN UNIVERSITY *et al.*
CASE NO.: 8:07-cv-669-T-33-TGW
United States District Court, Middle District of Florida

| | |
|---|---|
| JEREMY W. ALTERS<br>jeremy@abbrclaw.com<br>BETH T. VOGELSANG<br>beth@abbrclaw.com<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 Northeast 2nd Avenue, Suite 201<br>Miami, Florida 33137<br>Telephone (305) 571-8550<br>Facsimile  (305) 571-8558<br><br>*Attorneys for Relator, JUDE GILLESPIE* | KIMBERLY L. BOLDT<br>kimberly@abbrclaw.com<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>21 Southeast 5th Street, Suite 200<br>Boca Raton, Florida 33432<br>Telephone (561) 955-0045<br>Facsimile  (561) 955-1978<br><br>*Attorneys for Relator, JUDE GILLESPIE* |
| J. TROY ANDREWS<br>hangfire@ix.netcom.com<br>JOHN W. ANDREWS<br>jwa@ix.netcom.com<br>Andrews Law Group<br>3220 Henderson Boulevard<br>Tampa, Florida 33609<br>Telephone (813) 877-1867<br>Facsimile  (813) 872-9298<br><br>*Attorneys for Relators* | SUSAN N. EISENBERG<br>susan.eisenberg@akerman.com<br>SAMUEL S. HEYWOOD<br>samuel.heywood@akerman.com<br>Akerman Senterfitt<br>1 Southeast 3rd Avenue, 25th Floor<br>Miami, Florida 33131-1714<br>Telephone (305) 374-5600<br>Facsimile  (305) 374-5095<br><br>*Attorneys for the Defendants* |
| TIMOTHY J. HATCH<br>thatch@gibsondunn.com<br>NICOLA T. HANNA<br>nhanna@gibsondunn.com<br>Gibson, Dunn & Crutcher, LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>Telephone (213) 229-7000<br>Facsimile  (213) 229-7520<br><br>*Attorneys for the Defendants* | ROBERT E. O'NEILL<br>United States Attorney<br>robert.oneill@usdoj.gov<br>CHARLES T. HARDEN, III<br>charles.harden@usdoj.gov<br>Assistant United States Attorney<br>Middle District of Florida<br>400 North Tampa Street, Suite 3200<br>Tampa, Florida 33602<br>Telephone (813) 274-6000<br>Facsimile  (813) 274-6358<br><br>*Attorneys for the United States* |