CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

Case No. 09-MD-02057   Date 5/5/10
Clerk Cynthia Poulan   Reporter David Ehrlich
In-Court Time 1 hr. 30 min

Pl. Atty. John Andrews, John Andrews, Kimberly Boldt, William Hearon, Matthew Moore, Christine Elzer, Christopher Sharp, Ronald Schwartz
Def. Atty. Susan Eisenberg, James Zelenay, Timothy Hatch

Style: In re: Kaplan Higher Education Corp

Reason for Hearing Motions to Dismiss

Results of Hearing Hearing continued until May 17, 2010 at 2pm

Misc.