UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-20756-CIV-SEITZ/O'SULLIVAN

UNITED STATES OF AMERICA,
ex rel. Carlos Urquilla-Diaz, Relator,
Jude Gillespie, Relator,
Ben Wilcox, Relator;
v.

Kaplan University a/k/a
Kaplan College a/k/a/ Iowa
College Acquisition Corporation;
Kaplan Higher Education Corporation,
a division of Kaplan, Inc.,
a wholly owned subsidiary of the
Washington Post Company;
                Defendants.
_____/

### DECLARATION OF RELATOR BEN WILCOX
### AS TO ORIGINAL SOURCE INFORMATION

Relator Ben Wilcox hereby makes this Declaration and declares as follows:

1. This Declaration is made by me upon my personal, first-hand knowledge and to the best of my recollection.
2. To the best of my recollection, I communicated with the Department of Education in reference to the fraud Kaplan was committing in regard to Title IV Funds in early October or November of 2006, if not before.
3. I also had contact with the EEOC Commission in Carlos Diaz's case.
4. I was a Dean at Kaplan University, and had offices in Chicago and Ft. Lauderdale, where Kaplan University is headquartered.
5. I was Dean of extended campuses and had access to information corporate-wide.
6. I observed Kaplan's business practices while I was in their employ. I was privy to meetings, conversations and other internal communications.
7. In the course of my regular job duties I had access to email and internal documents and data which reflected the conduct discussed in the complaint, including communications and documents circulated amongst upper level management.
8. I had access to many of the reports and documents that were provided to the higher level management.
9. I had daily contact with Andrew Rosen, David Harpool, Chris Cahill, and many other upper level management personnel at Kaplan.
10. I had personal access to the various Q-reports, grading systems, compensation plans, recruiters' scripts.
11. I enforced the policy handed down from Andrew Rosen and other upper management to make sure that students' grades were kept high to ensure that enrollment numbers would be high. Thus, Kaplan would have access to Title IV funds.

12. I had access to the records at Kaplan that showed the Gift of Knowledge scholarship, which was really a deception used by Kaplan to overcome the 90/10 Rule of the DOE's Regulations and Higher Education Act for Kaplan to be eligible to receive Title IV student loans.
13. I had personal knowledge of Kaplan's fraud with the Higher Learning Commission.
14. I had contact with various recruiters in Chicago and Florida.
15. I personally observed the pressure put upon the recruiters by the management to perform and had personal knowledge of various recruiters' activities.
16. I have personal knowledge that the only real basis for paying the recruiters was the number of students enrolled in a given period of time.
17. The incentive compensation was paid to recruiters solely on the number of students enrolled in a given period of time.
18. The other alleged factors were nothing more than an attempt to deceive the DOE regarding Kaplan's eligibility for Title IV funding.
19. I have personal and independent knowledge of the corporate-wide scheme that Kaplan used to defraud the government.

15. None of the information that I have provided in my disclosures to the government or in my Complaint was derived from the facts in *UNITED STATES OF AMERICA, ex rel., VICTORIA G. GATSIOPOULOS, Relator, and DOLORES A. HOWLAND, Relator, and VICTORIA G. GATSIOPOULOS v. ICAPLAN CAREER INSTITUTE, ICM CAMPUS, formerly known as ICM School of Business & Medical Careers, and KAPLAN HIGHER EDUCATION CORPORATION.*

16. When our complaint was filed in April 2007 the Gatsiopoulos complaint was under seal.

17. The information and knowledge that I possess is personal and independent of any of the allegations stated in the Gatsiopoulos complaint.

18. I am an original source of much of the information that was provided in the Complaint.

19. I provided the information to the government prior to filing the Complaint.

I, Relator Ben Wilcox, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 14, 2010.

/Ben H. Wilcox