UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-20756-CIV-SEITZ/O'SULLIVAN

UNITED STATES OF AMERICA,
ex rel. Carlos Urquilla-Diaz, Relator,
Jude Gillespie, Relator,
Ben Wilcox, Relator;

v.

Kaplan University a/k/a
Kaplan College a/k/a/ Iowa
College Acquisition Corporation;
Kaplan Higher Education Corporation,
a division of Kaplan, Inc.,
a wholly owned subsidiary of the
Washington Post Company;

      Defendants.
_____/

**RELATOR DIAZ & WILCOX'S MOTION FOR LEAVE TO SUBMIT
SUPPLEMENTAL MEMORANDUM REGARDING RULE 9(B) COMPLIANCE
& RETALIATION CLAIM**

  COMES NOW the Relators Diaz & Wilcox by and through the undersigned counsel, and seeks leave to file the attached Supplemental Memorandum Regarding Rule 9(B) Compliance and Retaliation Claim.  This motion is being submitted in advance of the resumed hearing on 5/17/10 and in response to colloquy at the 5/5/2010 hearing . The proposed Memorandum is attached.  The undersigned has corresponded with counsel for Defendants and Co-Relator Gillespie, but as of the date of this filing has not received word as to whether they oppose the instant motion.

**CERTIFICATE OF SERVICE**
  I HEREBY CERTIFY that on  May 17, 2010, I electronically filed the foregoing with the Clerk of the Court byusing the CM/ECF system which will send a notice of electronic filing to the following:

Samuel Heywood, Esq.
samuel.heywood@akerman.com
Susan Eisenberg, Esq.
susan.eisenberg@akerman.com
**Akerman Senterfitt**
One Southeast Third Ave
Miami, FL 33131-1714
*Counsel for Defendants*

Carlos J. Raurell, AUSA
United States Attorney's Office
Federal Justice Building
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132-2111
Phone: (305) 961-9243
carlos.raurell@usdoj.gov
*Attorney for the United States*

Samuel J. Cordes, Esq.
Christine T. Elzer, Esq.
Ogg, Cordes, Murphy & Ignelzi
245 Fort Pitt Boulevard
Pittsburgh, PA 15222
celzer@ocmilaw.com
scordes@ocmilaw.com

Michele Marion Fox, Esq.
USAO (NDIL)
219 Dearborn St., Ste. 500
Chicago, IL 60604
michele.fox@usdoj.gov

Timothy J. Matusheski, Esq.
P.O. Box 1421
Waynesboro, MS 39367
tim@mississippiwhistleblower.com

Efrem M. Grail, Esq.
Reed, Smith
435 Sixth Ave.
Pittsburgh, PA 15219-1886
egrail@reedsmith.com
tgoodman@reedsmith.com

Jeremy W. Alters
jeremy@abbrclaw.com
Kimberly L. Boldt
kimberly@abbrclaw.com
**Alters, Boldt, Brown, Rash, Culmo, P.a.**
4141 NE 2nd Ave., Suite 201
Miami, FL 33137
*Attorneys for Relator Gillespie*

Timothy J. Hatch, Esq.
James L. Zelenay, Jr., Esq.
Gibson, Dunn & Crutcher, LLP
333 S. Grand Ave, 47th Floor
Los Angeles, CA 90071
thatch@gibsondunn.com
jzelenay@gibsondunn.com

Keith W. Medansky, Esq.
DLA Piper US LLP, IL
203 N. LaSalle St., Ste. 1900
Chicago, IL 60601
keith.medansky@dlapiper.com
monica.thompson@dlapiper.com

Nicola T. Hanna, Esq.
Gibson, Dunn & Crutcher, LLP
3161 Michelson Dr., 12 Floor
Irvine, CA 92612-4412
nhanna@gibsondunn.com

Ronald B. Schwarz, Esq.
Katz, Friedman, Eagle, Eisenstein
77 W. Washington St., 20th Floor
Chicago, IL 60602
rschwartz@kfeej.com

Paul E. Skirtich, Esq.
USAO
700 Grant St., Ste. 4000
Pittsburgh, PA 15219
paul.skirtich@usdoj.gov

By:   s/John W. Andrews, Esq.
**John W. Andrews, Esq.**
FBN: 178531;  SPN: 013131
3220 Henderson Blvd.
Tampa, FL 33609
Ph. (813) 877-1867; Fx. (813) 872-8298
Attorney for the Relators Diaz & Wilcox.
AndrewsLawGroup@ix.netcom.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-20756-CIV-SEITZ/O'SULLIVAN

UNITED STATES OF AMERICA,
ex rel. Carlos Urquilla-Diaz, Relator,
Jude Gillespie, Relator,
Ben Wilcox, Relator;

v.

Kaplan University a/k/a
Kaplan College a/k/a/ Iowa
College Acquisition Corporation;
Kaplan Higher Education Corporation,
a division of Kaplan, Inc.,
a wholly owned subsidiary of the
Washington Post Company;

                              Defendants.
_____/

### DIAZ & WILCOX'S SUPPLEMENTAL MEMORANDUM
### REGARDING RULE 9(B) COMPLIANCE

COMES NOW the Relators Diaz & Wilcox by and through the undersigned counsel and states as follows:

1. The following paragraphs in Relator's Second Amended Complaint provide specific details to overcome the Rule 9(b) threshold.

2. Although addressed more specifically below, paragraphs 37- 38, 83 - 84, identifies some of the specific officers involved in schemes and violations set forth below the with a time range and knowledge of wrongdoing.

2. Paragraphs 91, and 106 provide specific details/examples of **Incentive Based Compensation** including specific time periods, names of recruiters and examples of the adjustment in compensation (including termination of recruiters)

3. Paragraphs 103, 114, 124 (with included attachments) specifically identify students, loan application/documents and identifies at least one individual at the management level involved, **regarding False Certification violations.**

4. Paragraphs 132, 133, 136, 138, 139, 142, 149, 163 provide **specific details/examples of improper Grade Inflation**, management/officers that perpetuated it, and professors who were pressured to inflate grades and the relevant time period.

5. Paragraphs 102, 169, 171, 175, 176-179 provide details/examples of specific individuals, and time periods and specific Kaplan programs (Gift of Learning), and some of names of officers who participated or were aware of the violation of the **90/10 rule.**

6. Paragraphs 187-190, 222 provide specific details and examples of **False Accreditation and Certifications.**

7. Regarding retaliation claim of Relator Diaz, res judicata does not apply since it was not mandatory that he file his 3730(h) (FCA) claim in the wrongful termination action. In the wrongful termination action, the 3730(h) claim was never plead and thus court never addressed any of the merits of that claim.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 17, 2010, I electronically filed the foregoing with the Clerk of the Court byusing the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Samuel Heywood, Esq.<br>samuel.heywood@akerman.com<br>Susan Eisenberg, Esq.<br>susan.eisenberg@akerman.com<br>**Akerman Senterfitt**<br>One Southeast Third Ave<br>Miami, FL 33131-1714<br>*Counsel for Defendants* | Jeremy W. Alters<br>jeremy@abbrclaw.com<br>Kimberly L. Boldt<br>kimberly@abbrclaw.com<br>**Alters, Boldt, Brown, Rash,<br>Culmo, P.a.**<br>4141 NE 2nd Ave., Suite 201<br>Miami, FL 33137<br>*Attorneys for Relator Gillespie* |
| Carlos J. Raurell, AUSA<br>United States Attorney's Office<br>Federal Justice Building<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL 33132-2111<br>Phone: (305) 961-9243<br>carlos.raurell@usdoj.gov<br>*Attorney for the United States* | Timothy J. Hatch, Esq.<br>James L. Zelenay, Jr., Esq.<br>Gibson, Dunn & Crutcher, LLP<br>333 S. Grand Ave, 47th Floor<br>Los Angeles, CA 90071<br>thatch@gibsondunn.com<br>jzelenay@gibsondunn.com |
| Samuel J. Cordes, Esq.<br>Christine T. Elzer, Esq.<br>Ogg, Cordes, Murphy & Ignelzi<br>245 Fort Pitt Boulevard<br>Pittsburgh, PA 15222<br>celzer@ocmilaw.com<br>scordes@ocmilaw.com | Keith W. Medansky, Esq.<br>DLA Piper US LLP, IL<br>203 N. LaSalle St., Ste. 1900<br>Chicago, IL 60601<br>keith.medansky@dlapiper.com<br>monica.thompson@dlapiper.com |
| Michele Marion Fox, Esq.<br>USAO (NDIL)<br>219 Dearborn St., Ste. 500<br>Chicago, IL 60604<br>michele.fox@usdoj.gov | Nicola T. Hanna, Esq.<br>Gibson, Dunn & Crutcher, LLP<br>3161 Michelson Dr., 12 Floor<br>Irvine, CA 92612-4412<br>nhanna@gibsondunn.com |
| Timothy J. Matusheski, Esq.<br>P.O. Box 1421<br>Waynesboro, MS 39367<br>tim@mississippiwhistleblower.com | Ronald B. Schwarz, Esq.<br>Katz, Friedman, Eagle, Eisenstein<br>77 W. Washington St., 20th Floor<br>Chicago, IL 60602<br>rschwartz@kfeej.com |
| Efrem M. Grail, Esq.<br>Reed, Smith<br>435 Sixth Ave.<br>Pittsburgh, PA 15219-1886<br>egrail@reedsmith.com<br>tgoodman@reedsmith.com | Paul E. Skirtich, Esq.<br>USAO<br>700 Grant St., Ste. 4000<br>Pittsburgh, PA 15219<br>paul.skirtich@usdoj.gov |

By:     s/John W. Andrews, Esq.
        **John W. Andrews, Esq.**
        FBN: 178531;  SPN: 013131
        3220 Henderson Blvd.
        Tampa, FL 33609
        Ph. (813) 877-1867; Fx. (813) 872-8298
        Attorney for the Relators Diaz & Wilcox.
        AndrewsLawGroup@ix.netcom.com