# CIVIL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### THE HONORABLE PATRICIA A. SEITZ

Case No. 09-MD-02057          Date 5/17/10
Clerk Cynthia Bulan           Reporter David Ehrlich
In-Court Time 3135

Pl. Atty. William Hearon, Christine Elzer, John Andrews, John Andrews, Matthew Moore, Kimberly Boldt, Ronald Schwartz, Timothy Matsushiski

Def. Atty. Susan Eisenberg, Timothy Hatch, James Zelenay

Style: In re Kaplan Higher Education Corp.

Reason for Hearing: Motions to Dismiss

Results of Hearing: parties to file supplemental briefing

Misc.