UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02057-SEITZ

IN RE:  KAPLAN HIGHER EDUCATON
CORP. QUI TAM LITIGATION
_____

and Pertaining to Member Case No.
1:09-cv-20756-SEITZ:

UNITED STATES OF AMERICA,
*ex rel.*CARLOS URQUILLA-DIAZ,
*et al.*,

           Plaintiffs,

v.

KAPLAN UNIVERSITY, *et al.*,

           Defendants.
_____/

## NOTICE OF CHANGE OF COUNSEL

    Counsel for Relator Jude Gillespie ("Gillespie") hereby notifies the Court that Beth Tyler Vogelsang, Esquire, has left the firm of Alters Boldt Brown Rash & Culmo, PA ("ABBRC"), and is no longer acting as counsel for Gillespie in the above captioned matter.  ABBRC attorneys Kimberly L. Boldt, Jeremy W. Alters, and Matthew T. Moore continue to represent Gillespie, along with William C. Hearon of William C. Hearon, P.A.

DATED:  June 15, 2010.

                                      Respectfully submitted,

                                      /s Kimberly L. Boldt
                                      **Kimberly L. Boldt, Esquire**
                                      Florida Bar Number 957399

CASE NO. 09-MD-02057-SEITZ

kimberly@abbrclaw.com
**Jeremy W. Alters, Esquire**
Florida Bar Number 111790
**Matthew T. Moore, Esquire**
Florida Bar Number 70034
matthew@abbrclaw.com
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 Northeast 2nd Avenue, Suite 201
Miami, Florida 33137
Telephone:  (305) 571-8550
Facsimile:  (305) 571-8558

**William C. Hearon, Esquire**
Florida Bar Number  264660
bill@williamhearon.com
William C. Hearon, P.A.
One SE Third Avenue, Suite 3000
Miami, Florida 33131
Telephone:  (305) 579-9813
Facsimile:  (305) 358-4707

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02057-SEITZ

IN RE:  KAPLAN HIGHER EDUCATON
CORP. QUI TAM LITIGATION

_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Kimberly L. Boldt
KIMBERLY L. BOLDT
Florida Bar Number 957399
kimberly@abbrclaw.com

CASE NO. 09-MD-02057-SEITZ

**SERVICE LIST**
**IN RE KAPLAN HIGER EDUCATION CORP. QUI TAM LITIGATION**
United States District Court, Southern District of Florida

J. TROY ANDREWS
andrewslawgroup@ix.netcom.com
JOHN W. ANDREWS
andrewslawgroup@ix.netcom.com
Andrews Law Group
3220 Henderson Boulevard
Tampa, Florida 33609
Telephone (813) 877-1867
Facsimile (813) 872-9298
*Attorneys for Relators Urquilla-Diaz and Wilcox*

G. WARE CORNELL, JR.
warecornell@gmail.com
Cornell & Associates, P.A.
1792 Bell Tower Lane
Suite 210
Weston, FL 33326
Telephone: (954) 524-2703
Fascimile: (954) 524-2706
*Attorneys for Relators Urquilla-Diaz and Wilcox*

SUSAN N. EISENBERG
susan.eisenberg@akerman.com
SAMUEL S. HEYWOOD
samuel.heywood@akerman.com
MIA RENE MARTIN
mia.martin@akerman.com
Akerman Senterfitt
1 Southeast 3rd Avenue, 25th Floor
Miami, Florida 33131-1714
Telephone (305) 374-5600
Facsimile (305) 374-5095
*Attorneys for the Defendants*

TIMOTHY J. HATCH
thatch@gibsondunn.com
NICOLA T. HANNA
nhanna@gibsondunn.com
JAMES L. ZELENAY, JR.
jzelenay@gibsondunn.com

Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone (213) 229-7000
Facsimile (213) 229-7520
*Attorneys for the Defendants*

CARLOS RAURELL
carlos.raurell@usdoj.gov
Assistant United States Attorney
99 NE 4th Street
Miami, FL 33132
Telephone: (305) 961-9243
Facsimile: (305) 530-7139
*Attorney for the United States*

STANLEY EISESTEIN
seisenstein@kfeej.com
RONALD BARRYT SCHWARTZ
rschwartz@kfeej.com
Katz, Friedman, Eagle, Eisenstein, Johnson & Bareck, P.C.
77 West Washington Street, 20th Floor
Chicago, IL 60602
Telephone (312) 263-6330
Facsimile (312) 372-5555
*Attorneys for Relator Torres*

TIMOTHY J. MATUSHESKI
timmatusheski@hotmail.com
Law Offices of Timothy J. Matusheski, PLLC
PO Box 15758
Hattiesburg, MS 39404-5758
Telephone (601) 307-0221
Facsimile (601) 510-9289
*Attorney for Relator Torres*

CHRISTOPHER CHARLES SHARP
csharplaw@aol.com
Sharp Law Firm, P.A.
7350 N.W. 5th Street

Plantation, FL 33317
Telephone (954) 617-6017
Facsimile (954) 617-6018
*Attorney for Relators Gatsiopoulos and Howland*

**MANUAL NOTICE VIA U.S. MAIL:**

CHRISTINE T. ELZER
SAMUEL J. CORDES
Ogg Cordes Murphy & Ignelzi
245 Fort Pitt Boulevard
4th Floor
Pittsburgh, PA 15222
Telpehone (412) 471-8500
Facsimile (412) 471-8503
*Attorney for Relators Gatsiopoulos and Howland*

PAUL E. SKIRTICH
US Attorney's Office
700 Grant Street
Suite 4000
Pittsburgh, PA 15219
Telephone (412) 644-3500
*Attorney for the United States*

MICHELE MARION FOX
US Attorney's Office
Northern District of Illinois
219 S Dearborn Street
Suite 500
Chicago, IL 60604
Telephone (312) 353-5300
*Attorney for the United States*

KEITH WILLIAM MEDANSKY
MONICA L. THOMPSON
DLA Piper US LLP
203 N LaSalle Street
Suite 1900
Chicago, IL 60601
Telephone (312) 368-4000
*Attorneys for the Defendants*

EFREM M. GRAIL
TONYA S. GOODMAN
Reed Smith Shaw & McClay
435 6th Avenue
Pittsburgh, PA 15219-1886
Telephone (412) 288-5442
Facsimile (412) 288-3063
*Attorneys for the Defendants*