UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-20756-CIV-SEITZ/SIMONTON

UNITED STATES OF AMERICA,
*ex rel.* JUDE GILLESPIE,

        Plaintiff,

v.

KAPLAN UNIVERSITY, *et al.*,

        Defendants.
_____/

## FINAL JUDGMENT

Pursuant to the Court's Order Granting Defendants' Motion for Summary Judgment, it is hereby

ORDERED that Judgment is entered in favor of the Defendants, Kaplan University, Kaplan Higher Education Corporation, and Kaplan, Inc. and against Relator, Jude Gillespie, that Relator take nothing by this action, and that Defendants go hence without day.

DONE and ORDERED in Miami, Florida, this 16th day of July, 2013.

                                                          PATRICIA A. SEITZ
                                                          UNITED STATES DISTRICT JUDGE

cc:    All counsel of record